UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-384 PA (RAOx) | Date | May 26, 2020 |
| --- | --- | --- | --- |
| Title | Miriam Maldonado v. Square King Foods, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
| --- | --- | --- |
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| | |

**Proceedings:**       **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On April 20, 2020, the Court ordered Plaintiff to show cause in writing on or before April 30, 2020, why this action should not be dismissed for lack of prosecution because she had not served defendant Square King Foods, Inc. within 90 days of filing the Complaint.  (Dkt. 13 (citing Fed. R. Civ. P. 4(m)).)  On April 29, 2020, Plaintiff filed a Notice of Dismissal dismissing defendant Square King Foods, Inc.  (Dkt. 16.)  Plaintiff also filed a First Amended Complaint on April 29, 2020 in which she named a new defendant Phillip Samuel Poulen, as a Partner of Artesia Towne Center Partnership.  (Dkt. 14.)

Plaintiff filed a Response to the Court's Order to Show Cause on April 30, 2020.  (Dkt. 18.) Plaintiff alleges she "recently discovered that Defendant Samuel Poulen was the actual party responsible for Plaintiff's injury."  (Id. at ¶2.)  "[B]ecause the summons as to First Amended Complaint was issued . . . on April 30, 2020, Plaintiff sent work order forms to attorney service, Turner Attorney Service ("Turner"), for proper, personal service of the summons and complaint package on Defendant."  (Id. at ¶3.)  "Turner is in process of properly serving Defendant in a good faith effort and diligence to properly serve Defendant. Plaintiff will also continue to work diligently to ensure the Defendant is served as quickly as possible."  (Id. at ¶5.)  As of today's date, which over a month past the Federal Rule 4(m) deadline for service, Plaintiff has not filed any Proof of Service for defendant Phillip Samuel Poulen, as a Partner of Artesia Towne Center Partnership.

**Based on the foregoing, the Court hereby orders Plaintiff to file a Proof of Service for defendant Phillip Samuel Poulen, as a Partner of Artesia Towne Center Partnership no later than June 9, 2020.  Failure to respond to this Order will result in dismissal of the Complaint without further warning.**

IT IS SO ORDERED.