JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO, | CV 20-384 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SQUARE KING FOODS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's July 2, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  July 02, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE